# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Alvin Hawkins

                              Plaintiff,

v.                                                     Case No.: 3:21−cv−00266

Middle Tennessee Pizza, Inc., et al.

                              Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/19/2022 re [60].

                                                                                Lynda M. Hill
                                                       s/ Lindsay Newsom, Deputy Clerk